No. 85–7099.   VORTIS v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 85–7101.   OSIPOVA v. HOME ENERGY ASSISTANCE PROGRAM, CITY OF NEW YORK DEPARTMENT FOR AGING, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 85–7102.   ANGLIAN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–7103.   COQUILLIAN v. JONES, SUPERINTENDENT, STONE MOUNTAIN CORRECTIONAL INSTITUTION.   C. A. 11th Cir.   Certiorari denied.

No. 85–7104.   MCCROSSEN v. WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 85–7105.   WIGGINS v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 85–7106.   WALK v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 85–7108.   RADVAN-ZIEMNOWICZ v. COMMISSION ON MEDICAL DISCIPLINE OF MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 85–7109.   SIMMONS v. DEPARTMENT OF THE NAVY.   C. A. Fed. Cir.   Certiorari denied.

No. 85–7110.   CORDLE v. HOLCOMB ET AL.   Sup. Ct. Ky. Certiorari denied.

No. 85–7112.   WASHINGTON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–7113.   SNYDER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–7114.   RIPP v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–7115.   VESAY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.